**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6907**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER POLYCARP TIZHE, a/k/a Muyiwa
Tizhe, a/k/a Chris Olorade,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-
96-177-CCB, CA-99-1790-CCB)

―――――――――

Submitted: August 30, 2000      Decided: September 11, 2000

―――――――――

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Christopher Polycarp Tizhe, Appellant Pro Se. Robert Reeves
Harding, Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Polycarp Tizhe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Tizhe, Nos. CR-96-177-CCB; CA-99-1790-CCB (D. Md. Apr. 28, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2